JOSEPH R. HOLZMAN, RESPONDENT, v. FRED W. YEUNG-LING, APPELLANT.

Submitted May 31, 1929—Decided October 14, 1929.

For the respondent, *Meyers & Lesser*.

For the appellant, *William Tyacke*.

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by the Supreme Court.

*For affirmance*—THE CHANCELLOR, CHIEF JUSTICE, PARKER, BLACK, CAMPBELL, CASE, BODINE, WHITE, VAN BUSKIRK, McGLENNON, KAYS, HETFIELD, DEAR, JJ.  13.

*For reversal*—None.